UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

    v.                                                 No. 3:14-CV-01307
                                                     Judge Todd J. Campbell

A TEMPORARY RIGHT TO ENTER UPON
LAND IN WILSON COUNTY, TENNESSEE, and
TEXAS EASTERN TRANSMISSION, LP,
  a Delaware limited partnership,
Defendants.

## **PROPOSED AGREED ORDER OF DISMISSAL**

As evidenced by their approval of this Order, the parties have entered into an agreement granting Plaintiff access to the property owned by Defendant and therefore the temporary easement condemned in this action may be terminated by dismissing this action as hereinafter provided;

It is Ordered and Adjudged that:

1.      Pursuant to said agreement and stipulation and in accordance with Federal Rule of Civil Procedure 71.1(i), this action is hereby dismissed (thereby terminating said temporary easement).

2.      The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $1 payable to the Tennessee Valley Authority, said check being a refund of its deposit herein and to mail said check to Elizabeth A.

Birdwell, Attorney, Tennessee Valley Authority, Office of the General Counsel, 400 West Summit Hill Drive, Knoxville, Tennessee 37902-1401.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

We hereby approve and consent
to the entry of this Order:

Elizabeth A. Birdwell (TN BPR 026648)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone      865.632.7346
Email      eabirdwell@tva.gov

Attorney for Plaintiff


*s/Lela M. Hollabaugh* (by permission)
Lela M. Hollabaugh (BPR#14894)
BRADLEY ARANT BOULT &
   CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone      615.252.2348
Email   lhollabaugh@babc.com

Attorney for Defendant
Texas Eastern Transmission, LP

26441976